JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTO CARDONA QUINONEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SELECT PORTFOLIO SERVICING;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEM, INC.;<br>and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.:  CV 09-07961 DSF (PJWx)<br><br><br>JUDGMENT |

　　　　By order dated January 27, 2010, the Court ordered that Plaintiff's claims against Defendant Select Portfolio Servicing be dismissed by consent of Plaintiff as evidenced by Plaintiff's lack of opposition to Defendant Select Portfolio's motion to dismiss.

　　　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendant recovers its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 1/29/10

Dale S. Fischer
United States District Judge